**No. 40674.**—Protests 972527–G, etc., of A. Sulka & Co. et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.